# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| TINSLEY, DWANE L. | SOUTHERN DISTRICT, WEST VIRGINIA | 09/29/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. MAGISTRATE JUDGE (FULL-TIME) | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☑ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

5408 ROBERT C. BYRD UNITED STATES COURTHOUSE
300 VIRGINIA STREET EAST
CHARLESTON, WV 25301

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | SHAREHOLDER | FORENSIC INSTITUTE, LLC |
| 2. | UNIVERSITY PROFESSOR | UNIVERSITY OF CHARLESTON |
| 3. | SOLE PROPRIETOR | ATTORNEY-SELF-EMPLOYED |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2016 | HENDRICKSON & LONG, PLLC - 401-K PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 2. | 2016 | NATIONWIDE RETIREMENT PLAN - DEFINED BENEFIT PENSION PLAN WITH FORMER EMPLOYER, NO CONTROL |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | UNIVERSITY OF CHARLESTON - SALARY/WAGE (TEACHING) | $17,034.00 |
| 2. | 2016 | SELF-EMPLOYMENT INCOME (ATTORNEY - SEE NOTE 1) | $1,050.00 |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HUNTINGTON BANK | PERSONAL LINE OF CREDIT | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RENTAL PROPERTY #2, FAYETTEVILLE, WV | A | Rent | J | W | | | | | |
| 2. FORENSIC INSTITUTE, LLC (S-CORPORATION) | | None | J | U | | | | | |
| 3. BB&T CHECKING ACCOUNT #1 | A | Interest | M | T | | | | | |
| 4. HUNTINGTON BANK CHECKING ACCOUNT #1 | A | Interest | M | T | | | | | |
| 5. HUNTINGTON BANK CHECKING ACCOUNT #3 | A | Interest | M | T | | | | | |
| 6. HUNTINGTON BANK CHECKING ACCOUNT #4 | | None | K | T | | | | | |
| 7. COMPUTERSHARE - METLIFE POLICYHOLDERS TRUST COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. (H) NATIONAL FINANCIAL SERVICES BROKERAGE ACCOUNT | | | | | | | | | |
| 9. - ISHARES TR MSCI EAFE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 10. - ISHARES TR RUSSELL MIDCAP GROWTH ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 11. - ISHARES TR RUSSELL MIDCAP VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 12. - ISHARES TR RUSSELL 1000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 13. - ISHARES RUSSELL 1000 VALUE ETF COMMON STOCK | A | Dividend | K | T | | | | | |
| 14. - ISHARES RUSSELL 2000 GROWTH ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 15. - ISHARES RUSSELL 2000 VALUE ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 16. - NFS SWEEP MONEY MARKET ACCOUNT | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 17. (H) AMERICAN STOCK TRANSFER & TRUST COMPANY | | | | | | | | | |
| 18. - COLUMBIA PROPERTY TRUST INC. REIT | A | Dividend | K | T | | | | | |
| 19. | B | Distribution | | | | | | | |
| 20. (H) 401K - ADP | | | | | | | | | |
| 21. - T. ROWE PRICE RETIREMENT 2020 FUND | A | Dividend | K | T | | | | | |
| 22. (H) JOHN HANCOCK LIFE INSURANCE COMPANY | | | | | | | | | |
| 23. - LIFESTYLE BALANCED VARIABLE ANNUITY | | None | M | T | | | | | |
| 24. (H) IRA #1 - JOHN HANCOCK LIFE INSURANCE COMPANY | | | | | | | | | |
| 25. - LIFESTYLE GROWTH VARIABLE ANNUITY | | None | K | T | | | | | |
| 26. - LIFESTYLE MODERATE VARIABLE ANNUITY | | None | L | T | | | | | |
| 27. IRA #2 - NATIONWIDE DESTINATION B VARIABLE ANNUITY | | None | L | T | | | | | |
| 28. (H) IRA #3 - JANNEY MONTGOMERY SCOTT | | | | | | | | | |
| 29. - DREYFUS CASH MANAGEMENT 288 MONEY MARKET FUND | A | Dividend | J | T | Buy (add'l) | 12/30/16 | J | | |
| 30. - SPDR GOLD TRUST GOLD SHARES | | None | J | T | Buy | 07/07/16 | J | | |
| 31. - ISHARES CORE S&P SMALL CAP ETF COMMON STOCK | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 32. - FIRST TRUST FTSE EPRA NAREIT DEV MKTS EFT COMMON STOCK | | None | | | Sold | 02/26/16 | J | A | |
| 33. - GLOBAL X CHINA FINANCIALS ETF | | None | | | Sold | 02/12/16 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| TINSLEY, DWANE L. | 09/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. - ISHARES CORE S&P MIDCAP ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 35. - ISHARES INC CURRENCY HEDGED MSCI EMERGING MKTS ETF | | None | J | T | Buy (add'l) | 02/12/16 | J | | |
| 36. - ISHARES NASDAQ BIOTECHNOLOGY ETF | A | Dividend | J | T | Buy | 07/07/16 | J | | |
| 37. - ISHARES RUSSELL 2000 INDEX ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/12/16 | J | | |
| 38. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 39. - ISHARES US HOME CONSTRUCTION ETF | A | Dividend | J | T | Buy | 04/08/16 | J | | |
| 40. - SECTOR ENERGY SELECT SECTOR SPDR ETF | A | Dividend | J | T | Buy | 09/02/16 | J | | |
| 41. - MARKET VECTORS RETAIL ETF | | None | | | Sold | 04/08/16 | J | A | |
| 42. - POWERSHARES DYNAMIC FOOD & BEVERAGE ETF | | None | | | Sold | 04/08/16 | J | | |
| 43. - SECTOR FINANCIAL SELECT SECTOR SPDR ETF | | None | | | Sold | 02/12/16 | J | | |
| 44. - SECTOR TECHNOLOGY SELECT SECTOR SPDR EFT COMMON STOCK | | None | | | Sold (part) | 02/12/16 | J | A | |
| 45. | | | | | Sold | 07/07/16 | J | | |
| 46. - SPDR S&P 500 ETF COMMON STOCK | | None | J | T | Buy (add'l) | 02/12/16 | J | | |
| 47. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 48. | | | | | Sold (part) | 09/02/16 | J | A | |
| 49. - VANGUARD REIT INDEX ETF | A | Dividend | J | T | Buy | 02/26/16 | J | | |
| 50. | | | | | Buy (add'l) | 04/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. - VANGUARD HEALTHCARE ETF | | None | | | Sold | 02/12/16 | J | A | |
| 52. - WISDOMTREE JAPAN HEDGED EQUITY FD ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 11/02/16 | J | | |
| 53. | | | | | Sold (part) | 04/08/16 | J | A | |
| 54. - ISHARES BARCLAYS 1-3 YR CREDIT BOND ETF COMMON STOCK | A | Dividend | J | T | | | | | |
| 55. - PIMCO TOTAL RETURN ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/02/16 | J | | |
| 56. - POWERSHARES SENIOR LOAN PORT ETF COMMON STOCK | A | Dividend | J | T | Buy (add'l) | 02/02/16 | J | | |
| 57. - SPDR BARCLAYS CAP SHORT TERM HIGH YIELD BOND ETF COMMON S | | None | | | Sold | 02/09/16 | J | | |
| 58. - WISDOMTREE TRUST EUROPE HEDGED EQUITY FUND ETF | A | Dividend | J | T | Buy (add'l) | 02/12/16 | J | | |
| 59. | | | | | Buy (add'l) | 11/02/16 | J | | |
| 60. | | | | | Sold (part) | 04/08/16 | J | | |
| 61. - WISDOMTREE EUROPE SMALL CAP DIVIDEND ETF | | None | | | Sold | 04/08/16 | J | | |
| 62. - GLOBAL X SUPERINCOME PREFERRED ETF | | None | | | Sold | 02/09/16 | J | | |
| 63. - MARKET VECTORS INT HIGH YIELD BOND ETF | A | Dividend | J | T | | | | | |
| 64. - SPDR DOUBLELINE TOTAL RETURN TACTICAL ETF | A | Dividend | J | T | | | | | |
| 65. - FIRST TRUST IV TACTICAL HIGH YIELD ETF | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 66. - ISHARES US PREFERRED STOCK ETF | A | Dividend | J | T | Buy | 02/09/16 | J | | |
| 67. - FIDELTITY MSCI TELECOMMUNICATION SERVICES | | None | | | Buy | 02/12/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. | | | | | Sold (part) | 04/08/16 | J | A | |
| 69. | | | | | Sold | 11/17/16 | J | A | |
| 70. - SELECT UTILITIES SELECT | | None | | | Buy | 02/12/16 | J | | |
| 71. | | | | | Sold (part) | 04/08/16 | J | A | |
| 72. | | | | | Sold | 09/02/16 | J | A | |
| 73. - VANGUARD FTSE ALL WORLD EX-US ETF | | None | | | Buy | 04/08/16 | J | | |
| 74. | | | | | Sold | 11/02/16 | J | A | |
| 75. - RYDEX GUGGENHEIM S&P | | None | | | Buy | 02/12/16 | J | | |
| 76. | | | | | Buy (add'l) | 04/08/16 | J | | |
| 77. | | | | | Sold | 11/17/16 | J | | |
| 78. (H) IRA #4 - LPL FINANCIAL | | | | | | | | | |
| 79. - NAVIOS MARITIME HLDGS COMMON STOCK | | None | J | T | | | | | |
| 80. - SCHLUMBERGER LTD SLB | A | Dividend | J | T | | | | | |
| 81. - SKECHERS USA INC CLASS A | | None | | | Sold | 10/19/16 | J | A | |
| 82. - CELGENE CORP | | None | J | T | | | | | |
| 83. - GILEAD SCIENCES INC | A | Dividend | J | T | | | | | |
| 84. - KROGER COMPANY INC | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85.   - WESBANCO INC | A | Dividend | J | T | | | | | |
| 86.   - ENCANA CORP | A | Dividend | J | T | Buy | 10/19/16 | J | | |
| 87.   - WEATHERFORD INTL PLC | | None | J | T | Buy | 10/19/16 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TINSLEY, DWANE L. | 09/29/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

NOTE 1. PART III-A, LINE 2: DURING THE YEAR, THE REPORTING INDIVIDUAL RECEIVED INCOME REPORTED ON A 1099-MISC FROM A LOCAL LAW FIRM. THIS INCOME WAS THE RESULT OF A REFERRAL FEE ON A CLASS-ACTION LAWSUIT THAT WAS INITIATED PRIOR TO THE REPORTING INDIVIDUAL'S APPOINTMENT AS A FEDERAL MAGISTRATE JUDGE.

NOTE 2: PART VII: PURSUANT TO CORRESPONDENCE RECEIVED ON MARCH 20, 2017 FROM THE JUDICIAL CONFERENCE OF THE UNITED STATES COMMITTEE ON FINANCIAL DISCLOSURE, THE INCOME AND VALUE OF EACH ASSET (RATHER THAN AGGREGATED INCOME AND VALUE AMOUNTS) THAT WAS HELD IN AN IRA OR 401-K ACCOUNT AS OF DECEMBER 31, 2016 HAS BEEN REPORTED.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ DWANE L. TINSLEY

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544